ANNA D. KINZLER, Appellant, *v.* RICHARD A. SCHOELER, Defendant. LOUIS H. GOLDBURG, as Clerk of the Municipal Court of the City of New York, Borough of Brooklyn, First District, Respondent.

Supreme Court, Appellate Term, Second Department, December 13, 1943.

*Lloyd B. Kanter* for appellant.

*Nathaniel L. Goldstein, Attorney-General* (*Harry F. Karst* of counsel), for respondent.

MEMORANDUM *Per Curiam.* In our opinion section 48 of the New York City Municipal Court Code (L. 1915, ch. 279, amd. L. 1937, ch. 300) is constitutional in its present form, and the plaintiff, having made compliance with its terms, was entitled to enter a default judgment against the defendant.

Order unanimously reversed upon the law with ten dollars costs to the plaintiff and motion granted with ten dollars costs.

SMITH, McCOOEY and STEINBRINK, JJ., concur.